# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Linda L. Dickerson, | ) | Civil No. 5:12-cv-0033 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 5, 2013, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and reversed and remanded the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative action. It appears from a review of the docket that the deadline for objections to the Magistrate Judge's Report and Recommendation has not expired. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on August 5, 2013, reversing and remanding the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g), is herewith vacated, and this matter is herewith reinstated for consideration of objections filed on or before the deadline of August 12, 2013.

**AND IT IS SO ORDERED.**

DAVID C. NORTON
United States District Judge

August 5, 2013
Charleston, South Carolina